[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-13940
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00027-AKK-HGD-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALVIN RAY JOHNSON, II,
a.k.a. Poe,

Defendant-Appellant.

_____

No. 13-14694
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00027-AKK-HGD-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALVIN RAY JOHNSON, II,
a.k.a. Poe,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Alabama
_____
(July 22, 2014)

Before TJOFLAT, JORDAN and HILL, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Alvin Ray Johnson, II in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.

2